Lincoln Law, LLP
Carl R. Gustafson, Bar No. 254881
Attorney for Debtor(s)
1525 Contra Costa Blvd.
Pleasant Hill, CA 94523
Telephone: (800) 722-6578
Facsimile: (800) 584-6826

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

THOMAS R. HENDERSON,

    Debtor

Bankruptcy Case No.: 04-44656-RN7

Chapter 7

**EX PARTE MOTION TO RE-OPEN CHAPTER 7 CASE FOR DEBTOR RELIEF FROM CREDITOR VIOLATIONS OF DISCHARGE ORDER AND WAIVE RE-OPENING FEE FOR THIS MOTION**

Debtor, by and through counsel, Carl R. Gustafson, pursuant to Rule 5010 of the Federal Bankruptcy Rules and 11 U.S.C. §350(b), respectfully requests that the Court re-open the above-captioned chapter 7 bankruptcy case for the debtor's relief, based on the following:

## DEBTOR'S MOTION TO RE-OPEN CHAPTER 7 CASE

1. The above-captioned case was filed on August 24, 2004.

2. On July 10, 2006, the Court entered an Order of Discharge, and the case was closed on December 20, 2006.

3. A creditor who was listed in the bankruptcy has levied post-petition community property to obtain payment of a debt discharged in Debtor's bankruptcy.

1

4. Debtor wishes to reopen the bankruptcy case to seek relief from creditor's violation of the discharge order.

5. Pursuant to 11 U.S.C. §350(b), "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

## **DEBTOR'S MOTION TO WAIVE RE-OPENING FEE**

1. The Appendix to 28 U.S.C. §1930 provides that

    For filing a motion to reopen a Bankruptcy Code case, a fee shall be collected in the same amount as the filing fee . . . The court may waive this fee under appropriate circumstances . . .

2. Debtor seeks to waive the re-opening fee for this motion because the case is being re-opened to accord relief to the debtor from creditor violations.

WHEREFORE, Debtor respectfully requests that:

1. The Court re-open the above-captioned case to allow the Debtor to obtain relief from creditor violations of discharge order.

2. The filing fee for reopening this case be waived.

Dated: December 4, 2014

/s/ Carl Gustafson
Lincoln Law, LLP
Attorney for Debtor